| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Fenner, Gary A. | 2. Court or Organization Western District of Missouri | 3. Date of Report 03/26/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address 400 East Ninth Street Suite 8452 Kansas City, MO 64106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2011 | Retirement benefits from the State of Missouri. I have no control in regard to this agreement. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 03/26/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | State of Missouri retirement | $57,748.92 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | State of Missouri - salary     as Circuit Judge |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 03/26/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Herzog Contracting Corp. | transportation and lodging on fishing trip to Ontario, Canada | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 03/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Level 3 Communications | | None | J | T | | | | | |
| 2. Bank of America accounts | B | Interest | M | T | | | | | |
| 3. Capital One NA | A | Interest | L | T | | | | | |
| 4. J.P. Morgan Chase f/k/a Bank One Corp. Common Stock | A | Dividend | K | T | | | | | |
| 5. Bank Amerca Corp. Common Stock | | None | J | T | | | | | |
| 6. Tronex, Inc. | A | Dividend | J | T | | | | | |
| 7. Lord Abbett & Co. Affiliated Fund (Mutual) | A | Dividend | K | T | | | | | |
| 8. Mattel, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 9. New Economy Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 10. Sunoco Common Stock | A | Dividend | J | T | | | | | |
| 11. American Century Fund | | None | K | T | | | | | |
| 12. AMCAP Fund (Mutual Fund) | | None | L | T | | | | | |
| 13. Europacific Growth Fund (Mutual Fund) | | None | K | T | | | | | |
| 14. Investment Co. of America (Mutual Fund) | | None | J | T | | | | | |
| 15. New Perspective Fund (Mutual Fund) | | None | K | T | | | | | |
| 16. Amazon Com, Inc. Common Stock | | None | J | T | | | | | |
| 17. Ford Motor Co. Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 03/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citibank, Inc. Common Stock | | None | J | T | | | | | |
| 19. Pfizer, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 20. Waddell & Reed Advisors Science and Technology (Mutual Fund) | A | Dividend | J | T | | | | | |
| 21. Waddell & Reed Advisors Bond C (Mutual Fund) | A | Dividend | J | T | | | | | |
| 22. Waddell & Reed Advisors (Mutual Fund) | A | Dividend | J | T | | | | | |
| 23. Bank Midwest Accounts (see explanation Part VIII) | A | Interest | | | Redeemed | 05/13/11 | K | | |
| 24. Mass Mutual Financial Group Permanent Life Policy | | None | K | T | | | | | |
| 25. AXA Equitable Permanent Life Policy | | None | J | T | | | | | |
| 26. Community America Credit Union | B | Interest | | | Redeemed | 07/16/11 | M | | |
| 27. Discover Bank | A | Interest | M | T | Buy | 08/03/11 | M | | |
| 28. Expedia, Inc. (see explanation Part VIII) | A | Dividend | J | T | | | | | |
| 29. Trip Advisors | | None | J | T | Spinoff (from line 28) | 12/01/11 | J | | |
| 30. IAC/Interactive Corp. (see explanation Part VIII) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 03/26/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 28 - Expedia, Inc. - this stock was shown as redeemed on my 2007 Financial Disclosure Report. I did not realize until this year that a few shares were retained by me. I inadvertently failed to report those shares beginning in 2007 until this year.

Part VII - Line 23 - Bank Midwest Accounts - I mistakenly reported all accounts at Bank Midwest as having been redeemed in my 2010 Report. I had one remaining account that was redeemed this year.

Part VII - Line 30 - Inter Active Corporation - In my 2007 Financial Disclosure Report, I reported the redemption of my stock in Expedia, Inc. As I have explained above herein, the redemption of my Expedia stock in 2007 was not complete. In my 2008 Financial Disclosure Report, under Part VIII, I reported that Expedia, Inc. had been formerly known as USA Networks and that in 2003, USA Networks was renamed Inter Active Corporation (IAC). In 2003, IAC was a holding company, but was transformed to an operating company in 2006. As further reported in my 2008 Report, I believed that all of my IAC shares were spun off into: Ticketmaster; Tree.com; Internal Leisure Group, Inc.; and HSN, Inc. These spun off shares were all reported as redeemed in my 2008 Report. However, I was not aware until this year that I retained a few shares of IAC which I have inadvertently failed to report until this year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary A. Fenner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544